The People of the State of Illinois, Defendant in Error, v. Thomas H. McCann, Plaintiff in Error.

Gen. No. 6,333.    (Not to be reported in full.)

Error to the County Court of Lake county; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed February 10, 1917. Rehearing denied April 12, 1917.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Thomas H. McCann, defendant, for violation of the act relating to anti-saloon territory. From a judgment for conviction under three counts, including the nuisance count, defendant brings error.

P. L. JORGENSON, for plaintiff in error.

RALPH J. DADY and E. M. RUNYARD, for defendant in error; W. F. WEISS, of counsel.

MR. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

INTOXICATING LIQUORS, § 147*—*when evidence sufficient to sustain conviction.* The evidence *held* to sustain a conviction under the anti-saloon law for selling cider and buck, proved to be intoxicating.